IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

SECURESOLUTIONS LLC,

Debtor.

Chapter 11

Case No. 11-_____

## LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of creditors holding the 20 largest unsecured claims against the estate of the above-captioned debtor. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value security) |
|---|---|---|---|---|
| Internal Revenue Service | P.O. Box 105273 Atlanta, GA 30348 | Taxes | | $836,975.17 |
| Washington State Department of Revenue | P.O. Box 47464 Olympia, WA 98504-7464 | Taxes | | $331,035.28 |
| Iowa Department of Revenue | 3817 West Locust, Ste. 3 Davenport, IA 52408 | Taxes | | $94,070.95 |
| Cherry Bekaert & Holland, LLP | 1934 Old Gallows Rd., Ste. 400 Vienna, VA 22182 | Trade debt | | $90,490.23 |
| Maryland Department of Revenue | P.O. Box 37372 Baltimore, MD 21297 | Taxes | | $57,969.93 |
| DeSutter, Kerr & Associates, Inc. | 5114 Okeechobee Blvd, Ste. 109 West Palm Beach, FL 33417 | Trade debt | | $52,942.20 |
| Idaho Department of Revenue | PO Box 36 Boise, ID 83722 | Taxes | | $39,676.61 |
| Womble Carlyle Sandridge & Rice | One West Fourth Street Winston-Salem, NC 27101 | Trade debt | | $37,795.50 |
| Beers & Cutler | 8219 Leesburg Pike, Ste. 800 Vienna, VA 22182 | Trade debt | | $35,805.00 |
| American Funds | P.O. Box 659530 San Antonio, TX 78265 | Trade debt | Disputed | $32,255.00 |

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value security) |
|---|---|---|---|---|
| South Dakota Department of Revenue & Regulation | 300 S. Sycamore Ave., Ste. 102 Sioux Falls, SD 57110 | Taxes | | $30,717.61 |
| Wisconsin Department of Revenue | 2135 Rimrock Rd. Madison, WI 53708 | Taxes | | $16,950.07 |
| Ford Motor Credit Company | P.O. Box 94380 Palatine, IL 60094 | Trade debt | | $16,040.65 |
| SSI Consulting | c/o Law Offices of Frank Turney 920 Frederick Rd. Baltimore, MD 21228 | Trade debt | | $13,481.40 |
| Triplicity Consulting | 2570 Oakstone Drive Columbus, OH 43231 | Trade debt | | $12,600.00 |
| U.S. Department of Treasury – FMS | c/o Progressive Financial Serv. P.O. Box 70957 Charlotte, NC 28272 | Trade debt | | $12,347.56 |
| City of Annapolis | 160 Duke of Gloucester St. Annapolis, MD 21401 | Taxes | | $8,836.26 |
| Ethan & Associates | 800 N. Causeway Blvd., 3rd Fl. Mandeville, LA 70448 | Trade debt | | $7,793.25 |
| Illinois Department of Revenue | P.O. Box 19006 Springfield, IL 62794 | Taxes | | $7,818.82 |
| U.S. Bank | c/o Universal Fidelity P.O. Box 941911 Houston, TX 77094 | Trade debt | | $6,871.08 |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF COMPANY

      I, James Pitts, in my capacity as President of SecureSolutions LLC, named as the debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

SECURESOLUTIONS LLC

Dated: __05-16-11__          by: _____
                                                      James Pitts, President