SSLLC - Matrix.txt

American Funds
PO Box 659530
San Antonio TX 78265-9530

Amerivault
130 Turner Street, Suite 200
Waltham MA 02453

Anderson Lorrie
PO Box 50392
Idaho Falls ID 83405

Anderson Robert L.
410 Garfield St
Idaho Falls ID 83401

Arthur J. Gallagher Risk Management
39746 Treasury Center
Chicago IL 60694-9700

Bailey Kyle
2456 1st St
Idaho Falls ID 83401

Beers & Cutler
8219 Leesburg Pike, Suite 800
Vienna VA 22182

Billman Heidi
651 East 600 N.
Firth ID 83236

Bollinger Duncan
PO Box 607
Ashton ID 83420

Burton Douglas
205 4th Street
Idaho Falls ID 83401

BWC State Insurance Fund Policy Processing
PO Box 710977
30 W Spring St,  22nd Floor
Columbus OH 42315-2256

Casper Dale M.
2191 Claico Drive
Idaho Falls ID 83402

Cherry Bekaert & Holland, LLP
1934 Old Gallows Rd, Suite 400
Vienna VA 22182-3992

City of Annapolis
Meghan M Reinhart
Finance Office Municiple Building
160 Duke Of Gloucester St Room 103
Annapolis MD 21401

Clark Lane H.
PO Box 574
Iona ID 83427

```
                              SSLLC - Matrix.txt
Commonwealth of Kentucky
Office of the Attorney General
Capitol Suite 118
700 Capitol Avenue
Frankfort KY 40601-3449

Commonwealth of Massachusetts
Office of Attorney General Martha Coakley
One Ashburn Place
Boston MA 02108-1518

Commonwealth of Pennsylvania
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg PA 17120

Commonwealth of Virginia
Office of the Attorney General
900 East Main Street
Richmond VA 23219

Comptroller of Maryland Revenue Administration Div
P.O. Box 17405
Baltimore MD 21297-1405

Corporate Creations International
11380 Prosperity Farms Road, No. 221
E Palm Beach Gardens FL 33410

Corporation Service Company
P.O. Box 13397
Philadelphia PA 19101-3397

CoStar
PO Box 791123
Baltimore MD 21279-1123

Davis Ken
2174 Davidson
Idaho Falls ID 83401

DE Secretary of State
State of Delaware Division of Corporations
PO Box 11728
Newark NJ 07101-4728

Dept of Workforce Development
PO Box 7945
Madison WI 53707-7945

DeSutter, Kerr & Associates, Inc.
5114 Okeechobee Blvd., Suite 109
West Palm Beach FL 33417-4575

District of Columbia
Office of the Attorney General
441 4th Street, NW
Washington DC 20001

District of Columbia Office of Unemployment Compensation
Cynthia R Anderson
609 H Street NE, Suite 354
Washington DC 20090-6664
                                                            Page 2
```

SSLLC - Matrix.txt

Dustin Norman
4315 E 300 North
Rigby ID 83442

ExxonMobil Fleet Services
P.O. Box 5727
Carol Stream IL 60197-5727

Flatiron Capital
950 17th Street, Suite 1300
Denver CO 80202-2818

Florida U.C. Fund
Chantell Mitchell
5050 W Tennessee Street
Tallahassee FL 32399-0180

Ford Motor Credit Company
Dept. 194101
PO Box 55000
Detroit MI 48255-1941

Ford Motor Credit Company
Ford Credit
PO Box 94380
Palatine IL 60094-4380

Ford Motor Credit Company
Ford Credit
PO Box 94380
Palatine IL 60094-4380

Ford Motor Credit Company
Ford Credit
PO Box 94380
Palatine IL 60094-4380

Ford Motor Credit Company
Ford Credit
PO Box 94380
Palatine IL 60094-4380

GC Services
PO Box 3488
Jefferson City MO 65105-3488

General Services Administration
P.O. Box 979017
St. Louis MO 63197-9017

Good Harold
1312 E. 21st Street
Idaho Falls ID 83404

Hayward Scott
286 S. University
Blackfoot ID 83221

Hayward Shelby
286 S. University Ave
Blackfoot ID 83221

```
                             SSLLC - Matrix.txt
Herder Janet
997 Grassland Dr
Idaho Falls ID 83404

Hewlett-Packard Financial Services Co.
P.O. Box 402582
Atlanta GA 30384-2582

HireRight Solutions
23883 Network Place
Chicago IL 60673-1238

Idaho State Tax Commission
Deanna L Messinger
Plaza IV, 800 Park Blvd
Boise ID 83712-7742

IDES, Chicago Region Revenue
Lois Cuevas, Revenue Manager
527 S Wells
Chicago IL 60607-3922

IL Department of Revenue
PO Box 19006
Springfield IL 62794-9006

Illinois Dept of Revenue
P.O. Box 19447
Springfield IL 62794-9447

Internal Revenue Service
B. Ruffin
850 Trafalgar Court
Suite 200 Stop 5331
Maitland FL 32751

Internal Revenue Service
B. Ruffin
PO Box 105273
Atlanta GA 30348-5083

Internal Revenue Service
P.O. Box 16236
Philadelphia PA 19114

Iowa Dept of Revenue
Patricia Cooper
3817 West Locust, Suite 3
Davenport IA 52408

Iowa Dept of Revenue
Patricia Cooper
3817 West Locust, Suite 3
Davenport IA 52408

Iowa Workforce Development
Tena Gaskill, UI Manager
1000 East Grand Avenue
Des Moines IA 50319

Jack H Calhoun, Arbitrator
Ethan & Associates
800 N. Causeway Blvd 3rd Fl
```

SSLLC - Matrix.txt
Mandeville LA 70448

Latham Shuker Eden & Beaudine, LLP
c/o R. Scott Shuker, Esquire
390 N. Orange Ave., Suite 600
Orlando FL 32802

Law Offices of Mitchell N Kay, PC
Penn Plaza, PC 7
New York NY 10001-3995

Malik Shoaib
565 Florida Ave #202
Herndon VA 20170

Maryland Dept of Revenue
Ms. Hollis
PO Box 37372
Baltimore MD 21297-3237

McDonaldson Anthony
8665 N. Albert Lane
Idaho Falls ID 83401

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr., President
341 N. Maitland Ave., Suite 210
Maitland FL 32751

Missouri Div. of Employment Security
Jan Wilbers
PO Box 59
Jefferson City MO 65104-0059

Nebraska Department of Labor
Office of Legal Counsel
550 South 16th Street
Lincoln NE 68509-4600

Nebraska Dept of Revenue
Sandra Gleason/Kathy Kindler
P.O. Box 98915
Lincoln NE 68509-8915

Nef Dean
275 N. Holmes Apt 9A
Idaho Falls ID 83401

Nelson Kody
343 South Thomas
DuBois ID 83423

Palmer Kathy
PO Box 405
Blackfoot ID 83221

Pereira Lloyd A.
861 Buckboard Lane
Idaho Falls ID 83402

Pittman Eric D.
21840 West Juneau Drive
Plainfield IL 60544

SSLLC - Matrix.txt

Pitts James E.
2400 Turnberry Drive
Oviedo FL 32765

Quartermaster
17600 Fabrica Way
Cerritos CA 90703

Shah Syed
5914 Gunther Ct
Centerville VA 20121

South Dakota Unemployment Ins
Al Froiland
Div 420 South Roosevelt
P.O. Box 4730
Aberdeen SD 57402-4730

SSI Consulting
Law Offices of Frank E. Turney
920 Frederick Road
Baltimore MD 21228

State of Alabama
Office of the Attorney General
501 Washington Ave
PO Box 300152
Montgomery AL 63130-0152

State of Alaska
Office of the Attorney General
Attorney General John J. Burns
PO Box 110300
Juneau AK 99811-0300

State of Arizona
Office of the Attorney General
1275 West Washington Street
Phoenix AZ 85007

State of Arkansas
Office of the Attorney General
323 Center Street, Suite 200
Little Rock AR 72201

State of California
Attorney General's Office
California Department of Justice
PO Box 944255
Sacramento CA 94244-2550

State of Colorado
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver CO 80203

State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford CT 06106

State of Delaware

```
                                        SSLLC - Matrix.txt
Office of the Attorney General
Carvel Street Office Building
820 N. French Street
Wilmington DE 19801

State of Florida
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee FL 32399-1050

State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta GA 30334

State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu HI 96813

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
PO Box 83720
Boise ID 83720-0010

State of Illinois
Illinois Attorney General Lisa Madigan
Springfield Main Office
500 South Second Street
Springfield IL 62706

State of Indiana
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis IN 46204

State of Iowa
Office of the Attorney General
1305 E. Walnut Street
Des Mointes IA 50319

State of Kansas
Kansas Attorney General Derek Schmidt
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka KS 66612

State of Louisiana
Louisiana Office of the Attorney General
1885 N Third Street
PO Box 94005
Baton Rouge LA 70804

State of Maine
Office of the Maine Attorney General
6 State House Station
Augusta ME 04333

State of Maryland
Office of the Attorney General
```

SSLLC - Matrix.txt

```
200 St. Paul Place
Baltimore MD 21202

State of Michigan
Michigan Department of Attorney General
G. Mennen Williams Building, 7th Floor
525 W Ottawa Street
Lansing MI 48909

State of Minnesota
Office of Attorney General Lori Swanson
1400 Bremer Tower
445 Minnesota Street
St Paul MN 55101-2131

State of Mississippi
Attorney General's Office
PO Box 220
Jackson MS 39201

State of Missouri
Missouri Attorney General's Office
Supreme Court Building, 207 W. High Street
PO Box 899
Jefferson City MO 65102

State of Montana
Attorney General Steve Bullock
Department of Justice
PO Box 201401
Helena MT 59620-1401

State of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln NE 68509

State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City NV 89701-4717

State of New Hampshire
Office of the Attorney General
33 Capitol Street
Concord NH 03301

State of New Jersey
Office of the Attorney General
PO Box 080
Trenton NJ 08625-0080

State of New Mexico
Office of the Attorney General
Village Building
408 Galisteo Street
Santa Fe NM 87501

State of New York
Office of the Attorney General
The Capitol
Albany NY 12224-0341
```

SSLLC - Matrix.txt

State of North Carolina
Attorney General's Office
Mail Service Center 9001
Raleigh NC 27699-9001

State of North Dakota
Office of the Attorney General
State Capitol
600 E. Boulevard Avenue, Dept 125
Bismarck ND 58505

State of Ohio
Ohio Attorney General Mike DeWine
30 E. Broad Street, 14th Floor
Columbus OH 43215

State of Oklahoma
Office of the Attorney General
313 NE 21st Street
Oklahoma City OK 73015

State of Oregon
Attorney General John Kroger
Oregon Department of Justice
1162 Court Street NE
Salem OR 97301-4096

State of Rhode Island
Office of the Attorney General
150 South Main Street
Providence RI 02903

State of South Carolina
The Honorable Alan Wilson
South Carolina Attorney General
PO Box 11549
Columbia SC 29211

State of South Dakota
Office of the Attorney General
1302 E Hwy 14, Suite 1
Pierre SD 57501-8501

State of Tennessee
Office of the Attorney General and Reporter
PO Box 20207
Nashville TN 37202-0207

State of Texas
Office of the Attorney General
PO Box 12548
Austin TX 78711-2548

State of Utah
Office of the Attorney General
350 North State Street, Suite 230
PO Box 142320
Salt Lake City UT 84114-2320

State of Vermont
Attorney General's Office
109 State Street
Montpelier VT 05609-1001

SSLLC - Matrix.txt

State of Washington
Office of the Attorney General
1125 Washington Street SE
Olympia WA 98504-0100

State of West Virginia
Office of the Attorney General
State Captiol Complex
Building 1, Room E-26
Charleston WV 25305

State of Wisconsin
Attorney General J.B. Van Hollen
114 East State Capitol
PO Box 7857
Madison WI 53707-7857

Tennessee Department of Revenue
Debra Shepard
Revenue Enforcement Division
PO Box 190665
Nashville TN 37219-0665

Texas Workforce Commission Tax and Labor Law
Dept 101 E. 15th St, Room 504
Austin TX 78778-0001

Thompson Phillip C.
1700 Christensen Dr
Blackfoot ID 83221

Triplicity Consulting
2570 Oakstone Drive
Columbus OH 43231

US Bank - 2632007494
Universal Fidelity
PO Box 941911
Houston TX 77094-8911

US Department of Treasury - FMS
Progressive Financial Services
PO Box 70957
Charlotte NC 28272-0957

VA Department of Taxation
Sherman Chung
Office of Compliance
PO Box 27407
Richmond VA 23261-7407

Vengroff, Williams & Assoc
PO Box 4155
Sarasota FL 34230-4155

Verizon
PO Box 660108
Dallas TX 75266-0108

WA Dept of Labor & Industries
Kimberly Oyawoye
P.O. Box 44171

```
                              SSLLC - Matrix.txt
Olympia WA 98504-4171

Walter Hanan
PO Box 1242
Herndon VA 20172

Washington State Employment Security
Diana Johnson
P.O. Box 34949
Seattle WA 98124-1949

Wilkins Reuel
1887 Glenwood
Idaho Falls ID 83404

Windley Raymond
PO Box 83
Iona ID 83427-0083

Wisconsin Department of Revenue
Oyounne Hharamsey
2135 Rimrock Rd
Madison WI 53708-8901

Wisconsin Department of Revenue
Oyounne Hharamsey
2135 Rimrock Rd
Madison WI 53708-8901

Wolff Hill McFarlin & Herron, P.A.
1851 W. Colonial Dr
Orlando FL 32804

Womble Carlyle Sandridge & Rice
One West Fourth Street
Winston-Salem NC 27101

Young Casey E.
74 W. 50 S
Blackfoot ID 83221


TO BE ADDED:

Anne Arundel County
Anne Arundel County, Office of Finance
PO Box 427
Annapolis MD 21404-0427

County of Fairfax, VA
Nationwide Credit Corporation
PO Box 1022
Wixom MI 48393-1022

Karl Burgunder
Karl Burgunder
1490 Swanson Dr
Suite 200
Oviedo FL 32765

Ford Motor Credit #39572178
Tate & Kirlin, Associates
2810 Southhampton Rd
```

```
                            SSLLC - Matrix.txt
Philadelphia PA 19154

Ford Motor Credit #38759897
Calvary Portfolio Services, LLC
PO Box 1017
Hawthorne NY 10253

Ford Motor Credit #38826349
Commercial Recovery Systems, Inc.
8035 East R.L Thornton
Suite 220
Dallas TX 75228-7005

Ford Motor Credit #37347320
Calvary Portfolio Services, LLC
PO Box 1017
Hawthorne NY 10253
```