*In re SecureSolutions LLC, Case No. 11-11581-BLS (Chap. 11)*

EXHIBIT A
LIQUIDATION ANALYSIS

| | | Note: |
|---|---:|:---:|
| **I. ASSETS** | | |
| Cash | $20,000.00 | 1 |
| Equipment | $2,000.00 | |
| Accounts receivable | $75,000.00 | 2 |
| Litigation Claims | $7,719.00 | 3 |
| *Subtotal:* | *$104,719.00* | |
| | | |
| **II. COSTS OF CHAPTER 7 ADMINISTRATION** | | |
| Fees of Estate/Professionals for Wind-Down | $50,000.00 | 4 |
| Operating Expenses | $5,000.00 | 4 |
| Chapter 11 Quarterly Fees | $975.00 | 5 |
| *Subtotal:* | *$55,975.00* | |
| | | |
| **III. NET ASSETS AVAILABLE FOR DISTRIB.:** | $48,744.00 | |
| | | |
| **IV. LIABILITIES** | | |
| Chapter 7 trustee commissions | $10,471.90 | |
| Chapter 11 Admin Claims | $30,000.00 | |
| Priority Claims | $13,351.78 | 6 |
| General unsecured claims | $3,000,000.00 | 7 |
| | | |
| **V. PROJECTED DISTRIBUTIONS** | | |
| Chapter 7 trustee commissions | $10,471.90 | |
| Chapter 11 Admin Claims | $30,000.00 | |
| Priority Claims | $13,351.78 | |
| General unsecured claims | $0.00 | |
| %age to general unsecured creditors: | 0.000% | |